Argued and submitted December 2, 1996, reversed and remanded
January 29, 1997

## STATE OF OREGON,
*Appellant,*

*v.*

## PATRICK ANDREW MICIK,
*Respondent.*

(95-7122; CA A91819)

932 P2d 92

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Maddux,* 144 Or App 34, 925 P2d 124 (1996).